UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNELIESE RUNDLE, MARTHA BENDER and KATHERINE GUY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DEPUY ORTHOPAEDICS, INC., and )<br>PRECISION INSTRUMENTS, INC., )<br>)<br>Defendants. ) | 2:11-CV-00634-PMP-GWF<br><br>**ORDER** |

Before the Court for consideration is Plaintiffs' Motion for Remand (Doc. #5) filed April 26, 2011, and Defendants' DePuy Orthopaedics, Inc., and Precision Instruments, Inc.'s Motion to Stay Pending Transfer to MDL No. 2197 (Doc. #6) filed April 27, 2011.

On May 27, 2011, the Honorable George Foley, Jr., United States Magistrate Judge, conducted a hearing on the foregoing fully briefed motions. On July 6, 2011, Magistrate Judge Foley, entered an Order regarding Defendants' Motion to Stay and Findings and Recommendation regarding Plaintiffs' Motion to Remand (Doc. #28).

On July 20, 2011, Defendants' DePuy Orthopaedics, Inc., and Precision Instruments, Inc., filed objections to Magistrate Judge Foley's Findings and Recommendation (Doc. #30).

///

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 3-2 and determines that Defendants' objections should be overruled, and that the Findings and Recommendation of Magistrate Judge Foley (Doc. #28) should be **AFFIRMED**.

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED that** Plaintiffs' Motion for Remand (Doc. #5) is hereby **GRANTED**, and that the Clerk of Court shall forthwith remand this action to the Eighth Judicial District Court, of the State of Nevada.

DATED: July 21, 2011.

_____
PHILIP M. PRO
United States District Judge